FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 2 1 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-1719 MLG |
| vs. | ) Counts 1, 3, and 5: 18 U.S.C. §§ 933(a)(1) and 933(b): Firearms Trafficking; |
| **ISAIAH ROJAS**, | ) |
| Defendant. | ) Count 2: §§ 932(b)(2), 932(b)(3), and 932(c)(2): Straw Purchasing Firearms; |
| | ) Count 4: 26 U.S.C. §§ 5841, 5861(d) and 5871: Possession of a Firearm Not Registered with the National Firearms Registration and Transfer Record; |
| | ) Count 6: 18 U.S.C. §§ 922(o) and 924(a)(2): Unlawful Possession and Transfer of a Machinegun; |
| | ) Count 7: 18 U.S.C. §§ 922(k) and 924(a)(1)(B): Possession of a Firearm with an Obliterated Serial Number. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about May 16, 2023, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **ISAIAH ROJAS**, shipped, transported, transferred, caused to be transported, and otherwise disposed of a firearm to another person in and otherwise affecting interstate or foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).

Count 2

On or about May 16, 2023, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **ISAIAH ROJAS**, knowingly purchased a firearm in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of any other person, knowing and having reasonable cause to believe that such other person intended to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony and a drug trafficking crime, and that such other person intended to sell and otherwise dispose of the firearm to a person who intended to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony and a drug trafficking crime.

In violation of 18 U.S.C. §§ 932(b)(2), 932(b)(3), and 932(c)(2).

Count 3

On or about June 3, 2023, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **ISAIAH ROJAS**, shipped, transported, transferred, caused to be transported, and otherwise disposed of a firearm to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).

Count 4

On or about June 3, 2023, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **ISAIAH ROJAS**, knowingly possessed a firearm, a rifle with a barrel length less than 16 inches and an overall length less than 26 inches, that was not registered in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

Count 5

On or about September 8, 2023, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **ISAIAH ROJAS**, shipped, transported, transferred, caused to be transported, and otherwise disposed of a firearm to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).

Count 6

On or about September 8, 2023, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **ISAIAH ROJAS**, knowingly possessed and transferred a machinegun, which the defendant knew to be capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

Count 7

On or about September 8, 2023, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **ISAIAH ROJAS**, knowingly possessed a firearm, that is three Palmetto State Armory multi-caliber PA-15 rifles, that had been shipped and transported in interstate and foreign commerce, knowing that the manufacturer's serial number had been removed, altered, and obliterated.

In violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B).

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

4